**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3621

_____

United States of America,             *

                               *

       Appellee,            *

                               *   Appeal from the United States

      v.                    *   District Court for the

                               *   Eastern District of Missouri.

Roland Rogers,              *     [UNPUBLISHED]

                               *

       Appellant.           *

_____

Submitted:  February 3, 1998
Filed:  February 12, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Roland Rogers pleaded guilty to possessing crack cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and to possessing cocaine with intent to distribute, in violation of section 841(a)(1). Although Rogers objected to the use of the Guidelines for crack cocaine, rather than for cocaine, arguing the heightened crack cocaine penalties violated his Fifth Amendment right to equal protection, the district court[1] denied the objection and sentenced Rogers to two

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

concurrent terms of 121 months imprisonment, and five years supervised release. Rogers now appeals, and we affirm, because Rogers's challenge is foreclosed by our prior decisions upholding the constitutionality of the 100-to-1 ratio. <u>See, e.g.</u>, <u>United States v. Carter</u>, 91 F.3d 1196, 1197-99 (8th Cir. 1996) (per curiam); <u>United States v. Jackson</u>, 67 F.3d 1359, 1367 (8th Cir. 1995), <u>cert. denied</u>, 116 S. Ct. 1684 (1996).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.